Daniel H. ROSS, Plaintiff—Appellant,

v.

TRIAD FINANCIAL CORPORATION; Ourisman Chevrolet Company, Incorporated, Defendants—Appellees.

No. 07–1764.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 28, 2007.

Daniel H. Ross, Appellant Pro Se. Michael Kevin Hourigan, Ferguson, Schetelich & Ballew, PA, Baltimore, Maryland; Carolyn Chappell Williamson, CECE Williamson, LLC, Towson, Maryland, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. Ross appeals the district court's orders dismissing his complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ross v. Triad Financial Corp.,* No. 8:06–cv–02122–RWT (D. Md. July 10 & 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*